

1 EAST BROWARD BLVD, SUITE 915
FORT LAUDERDALE, FL 33301
T. 954-237-1777  F. 954-237-1737

July 22, 2021

***Via UPS and Electronic Delivery***
David J. Smith
Office of the Clerk
UNITED STATES COURT OF APPEAL FOR THE ELEVENTH CIRCUIT
Elbert Parr Tuttle Court of Appeals Building
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

      **Appeal Number:** 19-13390-GG
      **Case Style:** *FCOA, LLC v. FOREMOST TITLE & ESCROW SERVICES, LLC*
      **District Court Case No.:** 1:17-cv-23971-KMW

Dear Mr. Smith:

      This firm represents Appellee, Foremost Title & Escrow Services, LLC ("FT&E") in the above-referenced appeal. Please find enclosed supplemental authority from the United States Patent and Trademark Office ("USPTO") including the Registration Certificate demonstrating that FT&E's trademark, "FOREMOST TITLE & ESCROW" (Serial No.: 90127305; Registration No.: 6,423,707) was registered on the Principal Register without objection or opposition by anyone including the Appellant, FCOA, LLC despite the thirty (30) day opportunity to contest the registration of FT&E's mark.[1]

      Respectfully submitted,

      STOK KON + BRAVERMAN

      ROBERT A. STOK, ESQ.
      NATASHA SHAIKH, ESQ.
      For the Firm

Enclosures: as noted
Word Count: 243
Cc: Adrienne Love, Pennington P.A., counsel for FCOA

---

[1]    *See* Trademark Official Gazette Publication Confirmation dated May 4, 2021 ("Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.").

# United States of America
## United States Patent and Trademark Office

# FOREMOST TITLE & ESCROW

**Reg. No. 6,423,707**
**Registered Jul. 20, 2021**
**Int. Cl.: 36, 45**
**Service Mark**
**Principal Register**

FOREMOST TITLE & ESCROW SERVICES LLC (FLORIDA LIMITED LIABILITY COMPANY)
Suite 915
1 East Broward Blvd.
Fort Lauderdale, FLORIDA 33301

CLASS 36: Real estate escrow services

FIRST USE 6-30-2015; IN COMMERCE 6-30-2015

CLASS 45: Real estate closing services; Real estate settlement services; Title searching

FIRST USE 6-30-2015; IN COMMERCE 6-30-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "TITLE & ESCROW"

SER. NO. 90-127,305, FILED 08-20-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |

| | | | | |
|---|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-07-22 13:31:51 EDT | | | |
| Mark: | FOREMOST TITLE & ESCROW | | | |
| | FOREMOST TITLE & ESCROW | | | |
| US Serial Number: | 90127305 | Application Filing Date: | Aug. 20, 2020 |
| US Registration Number: | 6423707 | Registration Date: | Jul. 20, 2021 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Jul. 20, 2021 | | |
| Publication Date: | May 04, 2021 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FOREMOST TITLE & ESCROW |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "TITLE & ESCROW" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Real estate escrow services | | |
| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 30, 2015 | Use in Commerce: | Jun. 30, 2015 |
| For: | Real estate closing services; Real estate settlement services; Title searching | | |
| International Class(es): | 045 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |

| | |
|---|---|
| **Basis:** | 1(a) |
| **First Use:** | Jun. 30, 2015 |
| **Use in Commerce:** | Jun. 30, 2015 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | FOREMOST TITLE & ESCROW SERVICES LLC |
| **Owner Address:** | Suite 915<br>1 East Broward Blvd.<br>Fort Lauderdale, FLORIDA UNITED STATES 33301 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael P. McNally | | |
| **Attorney Primary Email Address:** | mmcnally@stoklaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Michael P. McNally<br>1 E. BROWARD BLVD.<br>SUITE 915<br>FORT LAUDERDALE, FLORIDA UNITED STATES 33301 |
| **Phone:** | 305-935-1728 |
| **Correspondent e-mail:** | mmcnally@stoklaw.com bnigro@stoklaw.com nshaikh@stoklaw.com rstok@stoklaw.com ssolis@stoklaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 20, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| May 04, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 04, 2021 | PUBLISHED FOR OPPOSITION | |
| Apr. 14, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 01, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 18, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |

Privacy - Terms

| Mar. 17, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
|---|---|---|
| Mar. 17, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 28, 2020 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Dec. 28, 2020 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Dec. 28, 2020 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY | 86708 |
| Dec. 28, 2020 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | 86708 |
| Dec. 16, 2020 | ASSIGNED TO EXAMINER | 86708 |
| Sep. 24, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 24, 2020 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jul. 20, 2021 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, May 4, 2021 00:51 AM |
| To: | mmcnally@stoklaw.com |
| Cc: | bnigro@stoklaw.com ; nshaikh@stoklaw.com ; rstok@stoklaw.com ; ssolis@stoklaw.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 90127305: FOREMOST TITLE & ESCROW |

# *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 90127305
**Mark:** FOREMOST TITLE & ESCROW
**International Class(es):** 036, 045
**Owner:** FOREMOST TITLE & ESCROW SERVICES LLC
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on May 04, 2021.

**To Review the Mark in the TMOG:**

　Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2021-05-04&serialNumber=90127305

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*　Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=90127305&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90127305&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.



UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 90127305
**Mark:** FOREMOST TITLE & ESCROW
**International Class(es):** 036, 045
**Owner:** FOREMOST TITLE & ESCROW SERVICES LLC
**Docket/Reference No.**

**Issue Date:** April 14, 2021

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on May 4, 2021**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

mmcnally@stoklaw.com
bnigro@stoklaw.com
nshaikh@stoklaw.com
rstok@stoklaw.com
ssolis@stoklaw.com